UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **06-22871-CIV-MORENO**

BRUCE RICH,

    Petitioner,

vs.

JAMES R. McDONOUGH,

    Respondent.
_____/

## **ORDER GRANTING CERTIFICATE OF APPEALABILITY**

THIS CAUSE came before the Court upon the Eleventh Circuit Court of Appeals Order **(D.E. No. 43)**, filed on **April 1, 2008**.

Appellant's motion for a certificate of appealability is GRANTED as to the issue of whether the petition is time-barred. That is the only issue worthy of a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office Appeals Section

Bruce Rich, *Pro se*
DC #198710
Uniton Correctional Institution
7819 N.W. 228 Street
Raiford, FL 32026

Douglas J. Glaid, Esq.
Asst. Attorney General